IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Criminal Action No. 20-40 |
| v. | : |
| | : |
| NAHSIEM MCINTOSH, a/k/a "Nahsiem Mcinosh;" and DERRIS LLOYD, a/k/a "Gooter," | : REDACTED |
| | : |
| Defendants. | : |



# INDICTMENT

The Grand Jury for the District of Delaware charges that:

## COUNT ONE

On or about May 31, 2020, in the State and District of Delaware, the defendants, **NAHSIEM MCINTOSH** and **DERRIS LLOYD**, and others unknown to the Grand Jury, did knowingly and intentionally steal and unlawfully take and carry away from the premises of American Sportsman, a federally licensed dealer of firearms within the meaning of Chapter 48, Title 18, United States Code, located in Newark, Delaware, and did aid and abet the knowing and intentional stealing and unlawful taking and carrying away from the American Sportsman, the following firearms in the licensee's business inventory that had been shipped and transported in interstate and foreign commerce:

(1) a MicroTech 5.56 caliber rifle, Model STT556, s/n 307GEBIRGSJAGER;
(2) a Glock 9mm pistol, Model 19, s/n ADYN510;
(3) a Glock 9mm pistol, Model 48, s/n BKZD380;
(4) a Ruger 5.56 caliber rifle, Model AR556, s/n 853-54988;
(5) a Smith and Wesson 5.56 caliber rifle, Model M&P 15, s/n TM54515;
(6) a FN 9mm pistol, Model 503, s/n CV004875;
(7) a FN 9mm pistol, Model 509, s/n GKS0055580;
(8) a Ruger .380 caliber pistol, Model LCPII, s/n 380526659;
(9) a Beretta .380 caliber pistol, Model 85BB, s/n CHE009818;
(10) a EAA .45ACP caliber pistol, Model 1911, s/n T6368-19BF00342;

(11) a EAA 9mm pistol, Model Regard, s/n T6368-20A00281;
(12) a Smith and Wesson 9mm pistol, Model EZ Shield, s/n NEW2743;
(13) a Smith and Wesson 9mm pistol, Model MP Shield, s/n JEJ0374;
(14) a Taurus 9mm pistol, Model G3, s/n ABB307386;
(15) a Taurus 9mm pistol, Model TH9, s/n TMR13263;
(16) a Canik/CAI 9mm pistol, Model TPSF9, s/n 20AT05874;
(17) a Canik/CAI 9mm pistol, Model TP9DA, s/n 20BJ00814;
(18) a Canik/CAI 9mm pistol, Model TP9, s/n 20CB07043;
(19) a EAA 9mm pistol, Model MC28SA, s/n T6368-20AV00240;
(20) a Ruger 9mm pistol, Model EC9S, s/n 457-41479;
(21) a Glock 9mm pistol, Model 26, s/n ACVG911;
(22) a FN 9mm pistol, Model FNS-9C, s/n CSU0051440;
(23) a Sig Sauer 9mm pistol, Model P365, s/n 66A814366;
(24) a Sig Sauer 9mm pistol, Model P365, s/n NRA015282;
(25) a Ruger 9mm pistol, Model Security 9, s/n 383-31302;
(26) a Smith and Wesson 9mm Pistol, Model EZ Shield, s/n NEY4928;
(27) a EAA 9mm pistol, Model MC28SA, s/n T6368-20AV00657;
(28) a EAA 9mm pistol, Model Regard, s/n T6368-20A02641;
(29) a Sig Sauer 9mm pistol, Model P365, s/n 66A854708;
(30) a SCCY 9mm pistol, Model CPX-2, s/n 909787;
(31) a Canik/CAI 9mm pistol, Model TP9SF, s/n 20BH06995;
(32) a Canik/CAI 9mm pistol, Model TP9, s/n 20CB10649;
(33) a Mossberg 12 gauge shotgun, Model 500, s/n V1155070;
(34) a Springfield 9mm pistol, Model Helcat, s/n BY171729;
(35) a Glock .22LR pistol, Model 44, s/n AEHH735.

All in violation of 18 U.S.C. §§ 922(u), 924(i), and 2.

## COUNT TWO

On or about June 1, 2020, in the State and District of Delaware, the defendant, **NAHSIEM MCINTOSH**, knowing that he had previously been convicted in Superior Court of Delaware of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Ruger 9mm pistol, Model Security 9, bearing s/n 383-31302.

In violation of 18 U.S.C. §§ 922(g)(1) & 924(a)(2).

## COUNT THREE

On or about June 18, 2020, in the State and District of Delaware, the defendant, **DERRIS LLOYD**, knowing that he had previously been convicted in Superior Court of Delaware of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is a Glock 9mm pistol, Model 48, bearing s/n BKZD380.

In violation of 18 U.S.C. §§ 922(g)(1) & 924(a)(2).

## COUNT FOUR

On or about June 1, 2020, in the State and District of Delaware, defendant, **NAHSIEM MCINTOSH**, knowingly possessed a stolen firearm, that is, a Ruger 9mm pistol, Model Security 9, bearing s/n 383-31302, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe that the firearm was stolen.

In violation of 18 U.S.C. §§ 922(j) & 924(a)(2).

## COUNT FIVE

On or about June 18, 2020, in the State and District of Delaware, defendant, **DERRIS LLOYD**, knowingly possessed a stolen firearm, that is, a Glock 9mm pistol, Model 48, bearing s/n BKZD380, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe that the firearm was stolen.

In violation of 18 U.S.C. §§ 922(j) & 924(a)(2).

## NOTICE OF FORFEITURE FOR COUNT ONE

Upon conviction of the offenses alleged in Count One this Indictment, **NAHSIEM MCINTOSH** and **DERRIS LLOYD**, defendants herein, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. §2461(c), all firearms, firearm accessories and ammunition involved in the commission of the offense, including but not limited to:

(1) MicroTech 5.56 caliber rifle, Model STT556, s/n 307GEBIRGSJAGER;
(2) Glock 9mm pistol, Model 19, s/n ADYN510;
(3) Glock 9mm pistol, Model 48, s/n BKZD380;
(4) Ruger 5.56 caliber rifle, Model AR556, s/n 853-54988;
(5) Smith and Wesson 5.56 caliber rifle, Model M&P 15, s/n TM54515;
(6) FN 9mm pistol, Model 503, s/n CV004875;
(7) FN 9mm pistol, Model 509, s/n GKS0055580;
(8) Ruger .380 caliber pistol, Model LCPII, s/n 380526659;
(9) Beretta .380 caliber pistol, Model 85BB, s/n CHE009818;
(10) EAA .45ACP caliber pistol, Model 1911, s/n T6368-19BF00342;
(11) EAA 9mm pistol, Model Regard, s/n T6368-20A00281;
(12) Smith and Wesson 9mm pistol, Model EZ Shield, s/n NEW2743;
(13) Smith and Wesson 9mm pistol, Model MP Shield, s/n JEJ0374;
(14) Taurus 9mm pistol, Model G3, s/n ABB307386;
(15) Taurus 9mm pistol, Model TH9, s/n TMR13263;
(16) Canik/CAI 9mm pistol, Model TPSF9, s/n 20AT05874;
(17) Canik/CAI 9mm pistol, Model TP9DA, s/n 20BJ00814;
(18) Canik/CAI 9mm pistol, Model TP9, s/n 20CB07043;
(19) EAA 9mm pistol, Model MC28SA, s/n T6368-20AV00240;
(20) Ruger 9mm pistol, Model EC9S, s/n 457-41479;
(21) Glock 9mm pistol, Model 26, s/n ACVG911;
(22) FN 9mm pistol, Model FNS-9C, s/n CSU0051440;
(23) Sig Sauer 9mm pistol, Model P365, s/n 66A814366;
(24) Sig Sauer 9mm pistol, Model P365, s/n NRA015282;
(25) Ruger 9mm pistol, Model Security 9, s/n 383-31302;
(26) Smith and Wesson 9mm Pistol, Model EZ Shield, s/n NEY4928;
(27) EAA 9mm pistol, Model MC28SA, s/n T6368-20AV00657;
(28) EAA 9mm pistol, Model Regard, s/n T6368-20A02641;
(29) Sig Sauer 9mm pistol, Model P365, s/n 66A854708;
(30) SCCY 9mm pistol, Model CPX-2, s/n 909787;
(31) Canik/CAI 9mm pistol, Model TP9SF, s/n 20BH06995;
(32) Canik/CAI 9mm pistol, Model TP9, s/n 20CB10649;
(33) Mossberg 12 gauge shotgun, Model 500, s/n V1155070;
(34) Springfield 9mm pistol, Model Helcat, s/n BY171729;
(35) Glock .22LR pistol, Model 44, s/n AEHH735.

## NOTICE OF FORFEITURE FOR COUNTS TWO THROUGH FIVE

Upon conviction of the offenses alleged in Counts Two through Five of this Indictment, defendants **NAHSIEM MCINTOSH** and **DERRIS LLOYD**, shall forfeit to the United States, pursuant to 18 U.S.C. §924(d) and 28 U.S.C. §2461(c), all firearms and ammunition involved in the commission of the offenses, including, but not limited to: a Ruger 9mm pistol, Model

4

Security 9, bearing s/n 383-31302 and all ammunition, and a Glock 9mm pistol, Model 48, bearing s/n BKZD380 and all ammunition.

A TRUE BILL:

_____
Foreperson

DAVID C. WEISS
UNITED STATES ATTORNEY

BY: _____
Christopher L. de Barrena-Sarobe
Assistant United States Attorney

Dated: July 7, 2020

5